**Dismissed and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-01018-CV

### NGAN BAO-NGUYEN LE A/K/A DILLION LE, Appellant

### V.

### MINDY TRAN, Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-11626**

# M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed July 25, 2012. The clerk's record was due November 22, 2012, but it was not filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 4, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record, and the clerk's record has not been filed.

The appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.